**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **COURTNEY BOYD, et al.,** | ) | **CASE NO.** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE** |
| | ) | |
| **-vs.-** | ) | |
| | ) | **<u>NOTICE OF REMOVAL OF CIVIL ACTION</u>** |
| **JACOBS ENTERTAINMENT, INC., et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

Defendants Jacobs Entertainment, Inc. and Lady Caroline, LLC, by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1333, 1441, and 1446, hereby remove this action from the Cuyahoga County, Ohio Court of Common Pleas to the United States District Court for the Northern District of Ohio. In support of the removal petition, Jacobs Entertainment, Inc. and Lady Caroline, LLC state as follows:

1. Jacobs Entertainment, Inc. and Lady Caroline, LLC are named defendants in a civil action pending in Cuyahoga County, Ohio Court of Common Pleas styled *Courtney Boyd, et al. v. Jacobs Entertainment, Inc., et al*, Cuyahoga CP. Case No. CV-26-144141. (*See* Ex. A, Pl.'s Compl.)[1] Plaintiffs Courtney Boyd and Lorin Long filed their complaint in that matter on August 5, 2026. The Clerk of the Cuyahoga County, Ohio Court of Common Pleas issued a summons and complaint to Jacobs Entertainment, Inc. and Lady Caroline, LLC on August 7, 2026. Jacobs Entertainment, Inc. and Lady Caroline, LLC each received a copy of the summons and complaint on August 19, 2026. The summons and complaint constitute all process, pleadings, and orders served upon or received by the Jacobs Entertainment, Inc. and Lady Caroline, LLC in the state court action.

[1] A true and accurate copy of the Summons and Complaint are attached hereto as Exhibit A.

2. Jacobs Entertainment, Inc. and Lady Caroline, LLC file this Notice of Removal pursuant to 28 U.S.C.§§§ 1332, 1333, 1441, and 1446.

3. The plaintiffs' claims against Jacobs Entertainment, Inc. and Lady Caroline, LLC stem from an incident that occurred while the plaintiffs were aboard the passenger vessel the *M/V Lady Caroline* as the vessel was navigating the Cuyahoga River near Cleveland, Ohio on August 31, 2025. The plaintiffs allege that they each sustained personal injuries when the vessel allided with a break wall, retaining wall, or embankment.

4. The incident occurred upon the navigable waters of the United States. At the time of the incident, the *M/V Lady Caroline* was engaged in a traditional maritime activity, to wit, the waterborne transportation of passengers. Because the *M/V Lady Caroline* was operating in the navigable channel of the Cuyahoga River, the incident had the potential for the disruption of maritime commerce. As a result, this matter is within the admiralty and maritime jurisdiction of the federal courts. The plaintiffs' claims against Jacobs Entertainment, Inc. and Lady Caroline, LLC sound in negligence, and the general maritime law of the United States governs the substantive aspects of the plaintiffs' claims.

5. The plaintiffs are residents of the State of Ohio. As such, the plaintiffs are citizens of the State of Ohio.

6. Jacobs Entertainment, Inc. is a foreign corporation formed pursuant to the laws of the State of Delaware. Jacobs Entertainment, Inc. maintains its principal place of business in Lakewood, Colorado. Lady Caroline, LLC is a foreign limited liability company formed pursuant to the laws of the State of Delaware. Non-party Nautica Entertainment, LLC, a foreign limited liability company formed pursuant to the laws of the State of Delaware, is the sole member of Lady Caroline, LLC. Jacobs Entertainment, Inc. is the sole member of Nautica Entertainment,

LLC. As such, Lady Caroline, LLC, is a corporate citizen of the State of Delaware and the State of Colorado. Lady Caroline, LLC is not a corporate citizen of any other state.

7. The plaintiffs' complaint seeks unspecified compensatory damages in an amount in excess of $25,000.00. The plaintiffs' complaint, however, seeks compensatory damages for personal injuries, economic losses, and noneconomic losses, including medical bills, lost wages, and noneconomic pain and suffering. (*See* Ex. A, Pl's Compl. ¶ 4.) While denying liability for any amount of damages, Jacobs Entertainment, Inc. and Lady Caroline, LLC state that the amount in controversy is likely to exceed the sum of $75,000, exclusive of interest and costs.

8. Given the complete diversity of the parties' citizenship and the amount in controversy, this Court has original subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. This matter is also within the admiralty jurisdiction of the Court pursuant to 28 U.S.C. § 1333. As such, this action is subject to removal pursuant to 28 U.S.C. § 1441.

9. Jacobs Entertainment, Inc. and Lady Caroline, LLC have filed this Notice of Removal within thirty (30) days from the date on which they received the plaintiffs' complaint. Therefore, it is timely pursuant to 28 U.S.C. § 1446.

10. Jacobs Entertainment, Inc. and Lady Caroline, LLC have served a copy of this Notice of Removal upon all parties, as well as filed it with the appropriate state court, both pursuant to 28 U.S.C. § 1446. (*See* Ex. B, Notice of Removal to Federal Court.)[2]

11. Jacobs Entertainment, Inc. and Lady Caroline, LLC assert their right to a trial by jury, to the extent such right exists.

---

[2] A true and accurate copy of Defendants Jacobs Entertainment, Inc. and Lady Caroline, LLC's Notice of Removal to the United States District Court for the Northern District of Ohio, filed contemporaneously with the Cuyahoga County, Ohio Court of Common Pleas, is attached hereto as Exhibit B.

12. Jacobs Entertainment, Inc. and Lady Caroline, LLC do not waive any jurisdictional or other defenses available to them.

**WHEREFORE**, Defendants Jacobs Entertainment, Inc. and Lady Caroline, LLC pray for the removal of the above-referenced civil action from the Cuyahoga County, Ohio Court of Common Pleas to the United States District Court for the Northern District of Ohio.

Respectfully submitted,

*/s/ Markus E. Apelis*

**MARKUS E. APELIS (083884)**
**ABIGAIL R. JONES (0104924)**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
Phone: (216) 241-5310
Fax: (216) 241-1608
Email: mapelis@gallaghersharp.com
ajones@gallaghersharp.com
*Attorneys for the Defendants*
*Jacobs Entertainment, Inc. and Lady Caroline, LLC*

## CERTIFICATE OF SERVICE

The foregoing **Notice of Removal of Civil Action** was electronically filed with the Court on September 8, 2026. Notice of this filing will be sent by operation of the Court's case management and electronic case filing system. Parties may access this filing through the Court's case management and electronic case filing system.

On that same day, a true and accurate copy of the foregoing was served by electronic means upon the following:

**Mr. David I. Pomerantz, Esq.**
POMERANTZ & CROSBY CO., LPA
P.O. Box 39296
Solon, Ohio 44139
dipfcc@aol.com
*Attorney for the Plaintiffs*

*/s/Markus E. Apelis*
**MARKUS E. APELIS (083884)**
**ABIGAIL R. JONES (0104924)**
*Attorneys for the Defendants*
*Jacobs Entertainment, Inc. and Lady Caroline, LLC*