# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

COURTNEY BOYD, ET AL.
**Plaintiff**

**V.**

JACOBS ENTERTAINMENT, INC., ET AL.
**Defendant**

**CASE NO.** CV26144141

**JUDGE** WILLIAM F. B. VODREY

## SUMMONS

SUMC CM

**Notice ID:** 61559406

| | | |
|---|---|---|
| From: | COURTNEY BOYD<br>3578 RIEDHAM, APT. 2<br>SHAKER HEIGHTS OH 44120 | P1 |

| | |
|---|---|
| Atty.: | DAVID I POMERANTZ<br>P. O. 39296<br>SOLON, OH 44139-0000 |

| | | |
|---|---|---|
| To: | JACOBS ENTERTAINMENT, INC.<br>C/O STEPHEN P. OWENDOFF, STATUTORY AGENT<br>1231 MAIN AVENUE<br>CLEVELAND OH 44113 | D1 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY · OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 08/07/2026

**By**______________________________
**Deputy**

CMSN130

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

COURTNEY BOYD, ET AL.
**Plaintiff**

**V.**

JACOBS ENTERTAINMENT, INC., ET AL.
**Defendant**

**CASE NO.** CV26144141

**JUDGE** WILLIAM F. B. VODREY

## SUMMONS

SUMC CM

**Notice ID:** 61559407

From: COURTNEY BOYD P1
3578 RIEDHAM, APT. 2
SHAKER HEIGHTS OH 44120

Atty.: DAVID I POMERANTZ
P. O. 39296
SOLON, OH 44139-0000

To: LADY CAROLINE, LLC D2
C/O CT CORPORATION SYSTEM, STATUTORY AGENT
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS OH 43219

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT * CUYAHOGA COUNTY OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 08/07/2026

**By**______________________
**Deputy**

CMSN130

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
**1200 Ontario Street**
**Cleveland, Ohio 44113**

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**August 5, 2026 16:31**

By: DAVID I. POMERANTZ 0029723

Confirmation Nbr. 3937427

COURTNEY BOYD, ET AL.

vs.

JACOBS ENTERTAINMENT, INC., ET AL.

CV 26 144141

**Judge:** WILLIAM F. B. VODREY

**Pages Filed:** 2

**IN THE COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

| | | |
|---|---|---|
| COURTNEY BOYD<br>3578 Riedham, Apt. 2<br>Shaker Heights, Ohio 44120<br><br>and<br><br>LORIN LONG<br>1619 East 82nd Street<br>Cleveland, Ohio 44103<br><br>Plaintiffs<br>-vs-<br><br>JACOBS ENTERTAINMENT, INC.<br>c/o statutory agent<br>Stephen P. Owendoff<br>1231 Main Avenue<br>Cleveland, Ohio 44113<br><br>and<br><br>LADY CAROLINE, LLC<br>c/o statutory agent<br>CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, Ohio 43219<br><br>Defendants | ) | CASE NO.:<br><br>JUDGE:<br><br>**COMPLAINT** |

Now come the Plaintiffs, and for their cause state that:

1) On or about August 31, 2025, Plaintiffs Courtney Boyd and Lorin Long were paid passengers aboard the Lady Caroline cruise ship, in or near the Cuyahoga River, in Cleveland, Ohio.

2) Said Lady Caroline was at that time owned and operated by Defendant Jacobs Entertainment, Inc., and/or Defendant Lady Caroline, LLC, and qualified as a common carrier.

3) At said place and time, employee(s) of one or both Defendants, acting within the course and scope of such employment, negligently operated said cruise ship, striking a break wall, retaining wall, or embankment.

4) As a result, Plaintiffs were caused to suffer physical injuries, to incur medical expenses, to lose wages, and to experience pain and suffering, and will suffer like damages in the future.

WHEREFORE, the Plaintiffs demand judgments in amounts in excess of Twenty-Five Thousand Dollars ($25,000.00) each, plus the costs of this action.

/s/David I. Pomerantz
DAVID I. POMERANTZ, ESQ.
Reg. No. 0029723
Attorney for Plaintiffs
POMERANTZ & CROSBY CO., L.P.A.
P.O. Box 39296
Solon, Ohio 44139
216/587-1221
Fax No.: (216) 587-1819
dipfcc@aol.com